21090.  CHASTAIN *v.* RESERVE LOAN LIFE INSURANCE COMPANY.

BROYLES, C. J.  1. "In the absence of an express agreement to do so, a landlord is under no duty to repair a patent defect in the rented premises where its existence was known to the tenant at the time the rent contract was entered into; and subsequent notice by a tenant of the existence of such a defect would not place upon the landlord any duty of inspection or repair." *Mitchell* v. *Clark,* 39 *Ga. App.* 714 (148 S. E. 420), and cit.

2. "Where there is no conflict in the evidence, and that introduced with all reasonable deductions or inferences therefrom demands a particular verdict, the court may direct the jury to find for the party entitled thereto." Civil Code (1910), § 5926.

3. Under the foregoing rulings and the facts of the instant case, the court did not err in directing a verdict in favor of the plaintiff for the full amount sued for, or subsequently in refusing the grant of a new trial.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED MARCH 31, 1931.  REHEARING DENIED APRIL 14, 1931.

*W. H. Duckworth, Jackson L. Barwick,* for plaintiff in error.
*Hill & McElvey,* contra.